UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PATRICK RANKINE,

                       Plaintiff,

        -against-

LEVI STRAUSS & CO.,

                      Defendant.
----------------------------------------------------------- X

22-CV-3362 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on April 25, 2022, (Doc. 1), and filed an affidavit of service on May 9, 2022, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was May 26, 2022. (*See* Doc. 5.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 7, 2022. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    May 31, 2022
             New York, New York

                                                                       _____
                                                                   VERNON S. BRODERICK
                                                                   United States District Judge