UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
:
PATRICK RANKINE,                                    :
:
                           Plaintiff,               :
:                    22-CV-3362 (VSB)
             -against-                              :
:                         **ORDER**
LEVI STRAUSS & CO.,                                 :
:
                           Defendant.              :
:
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On July 28, 2022, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil

Procedure 15(a)(1)(B).  "[W]hen a plaintiff properly amends [a] complaint after a defendant has

filed a motion to dismiss that is still pending, the district court has the option of either denying

the pending motion as moot or evaluating the motion in light of the facts alleged in the amended

complaint."  *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020).

Accordingly, it is hereby:

ORDERED that Defendant shall file a letter within seven (7) days deciding whether its

motion to dismiss should be deemed moot without prejudice to refile a new motion to dismiss in

accordance with Federal Rule of Civil Procedure 15(a)(3), or if I should evaluate Defendant's

current motion to dismiss in light of the facts alleged in the amended complaint.

SO ORDERED.

Dated:  July 29, 2022
        New York, New York

                                          Vernon S. Broderick
                                          United States District Judge