**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3059 direct
bmurphy@sheppardmullin.com

August 4, 2022

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Rankine v. Levi Strauss & Co.*, No. 22-CV-3362 (VSB)

Dear Judge Broderick:

    We represent Defendant Levi's Only Stores, Inc. ("Levi's," incorrectly designated as "Levi Strauss & Co.") in the above-referenced matter. We write in accordance with the Court's July 29, 2022 Order to request that Levi's pending motion (ECF Nos. 14-16) be deemed moot in light of the Amended Complaint, and to notify the Court that Levi's will file a new motion in accordance with Fed. R. Civ. P. 15(a)(3).

    We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Brian D. Murphy

Brian D. Murphy
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:   All Counsel of Record
SMRH:4838-4978-3538.1