

888 SEVENTH AVENUE
NEW YORK, NY 10019
www.bursor.com

YITZCHAK KOPEL
Tel: 646.837.7510
Fax: 212.989.9163
ykopel@bursor.com

December 14, 2022

*<u>Via ECF</u>*

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

 *Re:* *Rankine v. Levi Strauss & Co.*, Case No. 1:22-cv-03362-VSB

Dear Judge Broderick:

  I represent Plaintiff in the above-captioned action. I write pursuant to Rule 1.A of Your Honor's Individual Rules & Practices in Civil Cases to bring to the Court's attention two recent rulings in the New York Labor Law context ("NYLL") § 191 context: *Rosario et al. v. Icon Burger Acquisition, LLC,* Case No. 2:21-cv-04313-JS-ST, ECF No. 56 (E.D.N.Y. Dec. 9, 2022) and *Confusione et al. v. AutoZoners, LLC,* Case No. 2:21-cv-00001-JMA-AYS, ECF No. 45 (E.D.N.Y. Dec. 12, 2022). True and correct copies of the decisions are attached hereto as **Exhibits A and B**, respectively. Both decisions are relevant because they address and reject the arguments raised in Defendant's motion to dismiss.

                Respectfully,

                *Y. Kopel*

CC: All counsel of record via ECF       Yitzchak Kopel