

**888 SEVENTH AVENUE**
**NEW YORK, NY 10019**
**www.bursor.com**

**YITZCHAK KOPEL**
Tel: **646.837.7510**
Fax: **212.989.9163**
ykopel@bursor.com

March 20, 2023

<u>*Via ECF*</u>

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

    *Re:*    *Rankine v. Levi Strauss & Co.*, Case No. 1:22-cv-03362-VSB

Dear Judge Swain:

    I represent Plaintiff in the above-captioned action. I write pursuant to Rule 1(a)(i) of Your Honor's Individual Practices to bring to the Court's attention a recent denial of a motion to dismiss in the case captioned *Day v. Tractor Supply Co.*, Case No. 1:22-cv-00489-JLS-MJR (W.D.N.Y.). True and correct copies of the Report & Recommendation denying the motion to dismiss and the Decision and Order accepting the Report & Recommendation are attached hereto as **Exhibits A and B**, respectively. These decisions are relevant because they address and reject arguments raised in Defendant's motion to dismiss.

                                                   Respectfully,

                                                   */s/ Y. Kopel*

CC:  All counsel of record via ECF                       Yitzchak Kopel