# BURSOR & FISHER

P.A.

888 SEVENTH AVENUE
NEW YORK, NY 10019
www.bursor.com

YITZCHAK KOPEL
Tel: 646.837.7510
Fax: 212.989.9163
ykopel@bursor.com

April 28, 2023

*Via ECF*

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:     *Rankine v. Levi Strauss & Co.*, Case No. 1:22-cv-03362-VSB

Dear Judge Swain:

I represent Plaintiff in the above-captioned action and I write in response to Defendant's April 27, 2023 Letter (ECF No. 41) requesting a temporary stay of a ruling from this Court pending the Second Department's ruling in *Grant v. Global Aircraft Dispatch, Inc.*, No. 2021-03202 (2d Dep't).  Plaintiff opposes this request for two reasons.

First, *Grant* is not controlling.  In the unlikely event that it parts with the unanimous decision of the First Circuit in *Vega* and every federal court to consider the issue since then, that would only indicate a split.  *See Zomba Recording LLC v. Chen*, 2009 WL 1011644, at *3 (N.D.N.Y. Apr. 15, 2009) (declining to stay case pending resolution of another action which "will not be binding precedent in the Second Circuit").  Moreover, *Grant* was wrongly decided because the court was unquestionably bound by the holding in *Vega*.  *See Article 70*, 16 N.Y.S.3d at 916 ("State trial courts must follow a higher court's existing precedent even though they may disagree.").  It is entirely possible that the Second Department will dispose of the case on those grounds alone.

Second, a ruling from the Second Department, or ultimately perhaps the Court of Appeals, will take many months, or even years.  Defendant's request for a stay should be denied. *See Jones v. Nike Retail Svcs., Inc.*, 2022 WL 4007056, at *1 (E.D.N.Y. Aug. 30, 2022) ("The Court denies Defendant's request for a stay because there is … an appeal of another similar case to the Second Department of the New York Appellate Division.  The Court has balanced the possible damage or hardship that may result from a stay against the benefit arising from the stay, and finds a stay completely unwarranted.") (internal citation omitted).

BURSOR&FISHER
P.A.

Respectfully,

*Y. Kopel*

Yitzchak Kopel

CC:  All counsel of record via ECF