UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PATRICK RANKINE, individually and on behalf of all others similarly situated,

            Plaintiff(s),

  -v-

LEVI STRAUSS & CO.,,

           Defendant(s).
-----------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

22 Civ. 3362 (LTS)(SDA)

LAURA TAYLOR SWAIN, District Judge

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**_X_** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ If referral is for discovery disputes for a specific period when the District Judge is unavailable, the time period of the referral:_____

___ Habeas Corpus

___ Social Security

___ Referral for discovery disputes requiring prompt attention at any time when the District Judge is not immediately available (e.g., on trial or out of town)

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____
    _____

___ Settlement* (Principals to participate as required by Magistrate Judge)

    All such motions: ____

___ Inquest After Default/Damages Hearing

---

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:    New York, New York
               May 25, 2023

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              United States District Judge