```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/26/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Patrick Rankine, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

Levi Strauss & Co.,

                Defendant.

1:22-cv-03362 (LTS) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The Initial Pretrial Conference previously scheduled before Magistrate Judge Stewart Aaron on Tuesday, July 11, 2023, at 11:00 a.m. EST is adjourned until Monday, July 24, 2023, at 11:30 a.m. EST. The conference shall be conducted by telephone. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:      New York, New York
             June 26, 2023

_____
STEWART D. AARON
United States Magistrate Judge