# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3059 direct
bmurphy@sheppardmullin.com

August 21, 2023

**VIA ECF**

Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Rankine v. Levi Strauss & Co.*, No. 22-CV-3362

Dear Judge Aaron:

We represent Defendant Levi's Only Stores, Inc. ("Levi's," incorrectly designated as "Levi Strauss & Co.") in the above-referenced matter.  We write together with Counsel to Plaintiff to request that the Court stay all deadlines set forth in the July 24, 2023 Case Management Plan, including the August 25, 2023 deadline for the Parties to participate in a settlement conference.

The Parties have agreed to explore mediation through a private mediator.  The Parties anticipate jointly agreeing to and participating in a mediation within the next 60 days.  If the mediation is unsuccessful, the Parties will alert the Court and propose new deadlines to govern the remainder of the action.[1]

We thank the Court for its attention to this matter.  Should Your Honor have any questions, please let us know.

Respectfully submitted,

/s/ Brian D. Murphy

Brian D. Murphy
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:     All Counsel of Record
SMRH:4893-8894-4236.1

---

[1]     Notwithstanding the instant request, the Parties anticipate participating in limited discovery in aid of mediation.